AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| PHILLIP MOROSE | ) Case No. 8:18-cr-237-T-23AEP |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PHILLIP MOROSE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiring to manufacture and distribute fentanyl and fentanyl analogue.

In violation of 21 U.S.C. § 846.

Date: MAY 23 2018

_____
Issuing officer's signature

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5-24-18, and the person was arrested on *(date)* 6-4-18
at *(city and state)* Boston, MA.

Date: 7-23-18

_____
Arresting officer's signature

Mark Graham
*Printed name and title*